January 21, 2011

Mr. S. Ronald Keister
Office of the Attorney General of Texas
Tort Litigation Division
Post Office Box 12548
Austin, TX 78711-2548
Mr. John J. Grost
619 E. Crosby Avenue
El Paso, TX 79902

RE: Case Number: 10-0134
 Court of Appeals Number: 05-08-01636-CV
 Trial Court Number: 68321CC

Style: CESAR ROMERO, M.D., ANTHONY CLAXTON, M.D., AND DAVID KORMAN,
 M.D.
 v.
 JACOB LIEBERMAN ON BEHALF OF THE ESTATE OF LARRY LIEBERMAN, DECEASED

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Lisa Matz |
| |Ms Laura |
| |Hughes |